# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00493-CR
## NO. 03-02-00494-CR

**Kenneth D. Reading, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
NOS. 952337 & 952342, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Kenneth D. Reading appeals from orders revoking community supervision and imposing eight-year prison sentences. In both cases, he was placed on supervision after being convicted of felony driving while intoxicated. Tex. Pen. Code Ann. §§ 49.04(a), .09(b) (West 2003).

Reading's court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex.

Crim. App. 1969).  A copy of counsel's brief was delivered to Reading, who was advised of his right to examine the appellate records and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the records and counsel's brief and agree that the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

The orders revoking community supervision are affirmed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Affirmed

Filed:   June 19, 2003

Do Not Publish